UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORNELIUS, et al.,<br><br>        Plaintiff(s),<br><br>  v.<br><br>FIDELITY NATIONAL TITLE COMPANY, et al.,<br><br>        Defendant(s). | NO. C08-754MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court, having received and reviewed Defendants' Motion for Leave to File Overlength Brief (Dkt. No. 22), DENIES the motion.

Filed this 20th day of August, 2008.

                                        BRUCE RIFKIN, Clerk

                                        By    /s Mary Duett
                                                      Deputy Clerk

MINUTE ORDER