UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRANK CORNELIUS, et al.,

    Plaintiff(s),

  v.

FIDELITY NATIONAL TITLE COMPANY, et al.,

    Defendant(s).

NO. C08-754MJP

ORDER ON MOTION TO COMPEL

The above-entitled Court, having received and reviewed:

1. Plaintiffs' Motion to Compel Production of Documents from Defendants (Dkt. No. 43)
2. Opposition to Plaintiffs' Motion to Compel Production of Documents from Defendants (Dkt. No. 48)
3. Plaintiffs' Reply in Support of Motion to Compel Production of Documents from Defendants (Dkt. No. 50)
4. Defendants' Notice of Supplemental Production (Dkt. No. 51)

and all attached exhibits and declarations, makes the following ruling:

IT IS ORDERED that the motion is DENIED pending compliance with FRCP 37.

IT IS FURTHER ORDERED that the parties meet and confer either in person or over phone in an effort to obtain the requested discovery without a court order.

IT IS FURTHER ORDERED that, should that conference prove unavailing, the parties submit a unified document pursuant to Local Rule 37(B); that document should confine itself to the discovery issues remaining in light of the Court's recent ruling on Defendants' motion to dismiss.

**ORD ON MTN
TO COMPEL - 1**

The clerk is directed to provide copies of this order to all counsel of record.

Dated: March 9, 2009

*Marsha J. Pechman*
Marsha J. Pechman
U.S. District Judge

**ORD ON MTN TO COMPEL - 2**