UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANK CORNELIUS, et al.,<br><br>        Plaintiff(s),<br><br>  v.<br><br>FIDELITY NATIONAL TITLE COMPANY, et al.,<br><br>        Defendant(s). | NO. C08-754MJP<br><br>ORDER ON MOTION TO REVISE CASE SCHEDULE |

The Court, having received and reviewed the Joint Motion to Amend the Case Scheduling Order (Dkt. No. 60), makes the following findings:

1. The motion contains no specific (or insufficient) facts to establish good cause for a continuance/revision and/or
2. The motion provides no suitable explanation as to why the existing case schedule deadlines were not met.

Therefore, IT IS HEREBY ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which explains what remains to be accomplished and why the parties were unable to meet the deadlines previously set..

The clerk is directed to send copies of this order to all counsel of record.

Dated: June 17, 2009

                                                  Marsha J. Pechman
                                                  U.S. District Judge

ORD ON MTN TO REVISE- 1