UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRANK CORNELIUS, et al.,

    Plaintiff(s),

v.

FIDELITY NATIONAL TITLE COMPANY, et al.,

    Defendant(s).

NO. C08-754MJP

ORDER ON DEFENDANTS' MOTION TO CONTINUE CLASS CERTIFICATION BRIEFING SCHEDULE

The above-entitled Court, having received and reviewed

1. Defendants' Motion to Continue Class Certification Briefing Schedule Pending Ruling on Dispositive Motions (Dkt. No. 74)
2. Plaintiffs' Opposition to Motion to Continue Class Certification Briefing Schedule Pending Ruling on Dispositive Motions (Dkt. No. 79)
3. Defendants' Reply in Support of Motion to Continue Class Certification Briefing Schedule Pending Ruling on Dispositive Motions (Dkt. No. 81)

and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that Defendants' response to Plaintiffs' class certification motion shall be due no later than 10 days after the Court issues its ruling on Defendants' pending motion for summary judgment (Dkt. No. 71); Plaintiffs' reply in support of the class certification motion shall be due no later than 40 days after the filing of Defendants' response.

The clerk is ordered to provide copies of this order to all counsel.

Dated: November 25, 2009

Marsha J. Pechman
U.S. District Judge

**ORDER ON MTN TO STAY**
**CLASS CERT BRIEFING - 1**