1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

FRANK CORNELIUS, ROBERT B. DUNCAN
and JULIE A. DUNCAN, husband and wife,
and AMY B. SULLIVAN, on behalf of
themselves and all others similarly situated,

10

No. 08-0754-MJP

11

**ORDER ON PLAINTIFFS' MOTION
TO SEAL**

Plaintiffs,

12
13

v.

14

FIDELITY NATIONAL TITLE COMPANY
and FIDELITY NATIONAL TITLE
COMPANY OF WASHINGTON, INC.,

15
16

Defendants.

17

        This matter comes before the Court on Plaintiffs' Motion to Seal filed on November 10,

18

2009.  Pursuant to CR 5(g), Plaintiffs moved to seal Exhibits A, B, C, D and G to the Declaration

19

of Steve W. Berman in Support of Plaintiffs' Motion for Class Certification.

20

        Upon consideration of the motion and the response filed by Defendants, it is hereby

21

ORDERED as follows:

22

        ____ Plaintiffs' Motion to Seal is **GRANTED.**  The above-referenced exhibits shall

23

remain under seal on the Court's docket.

24

        _xx_ Plaintiffs' Motion to Seal is **DENIED.**  Plaintiffs are hereby ordered to file

25

unredacted versions of the above-referenced exhibits within 7 days of the date of this Order.

26

DATED this __11th___ day of __December__, 2009.

Marsha J. Pechman
United States District Judge

Presented by:

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Steve W. Berman
        Steve W. Berman, WSBA #12536
        Nicholas Styant-Browne, WSBA #32551
        Thomas E. Loeser, WSBA #38701
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Tel:  (206) 623-7292
Fax:  (206) 623-0594
steve@hbsslaw.com
nick@hbsslaw.com
toml@hbsslaw.com

Timothy J. Warzecha, WSBA #28890
LAW OFFICES OF TIMOTHY J. WARZECHA, PLLC
719 Second Avenue, Suite 104
Seattle, Washington 98104-1748
Telephone:  (206) 264-0282
Facsimile:  (206) 262-9272