# United States District Court

WESTERN DISTRICT OF WASHINGTON

FRANK CORNELIUS, et al.,

        v.

FIDELITY NATIONAL TITLE COMPANY
OF WASHINGTON, et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C08-754

___     **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_x_     **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendants' motion for summary judgment is GRANTED: Defendant Fidelity National Title Company is DISMISSED as a party from this case, and the remaining claims against Fidelity National Title Company of Washington are DISMISSED with prejudice.

April 1, 2010

BRUCE RIFKIN
Clerk
____/s/ Mary Duett_____
By, Deputy Clerk